459 A.2d 756

**Honorable Paul R. BECKERT, Individually and on behalf of
Judges of Court of Common Pleas of Bucks County**

**v.**

**AMERICAN FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 88,
AFL–CIO, Appellant at No. 81–3–376,**

**and**

**Pennsylvania Labor Relations Board, Appellant at
No. 81–3–379.**

Supreme Court of Pennsylvania.

Argued April 26, 1983.

Decided May 10, 1983.

James M. Penny, Jr., Philadelphia, for Beckert, J. at Nos. 376 and 379.

James L. Crawford, Harrisburg, for Pa. Labor Relations Bd. at No. 376 and for appellant at No. 379.

Jonathan Walters, Alaine S. Williams, Philadelphia, for appellant at No. 376 and AFSCME at No. 379.

Before ROBERTS, C.J., NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Decree affirmed.   Each party to pay own costs.